[No. 11010-5-II.  Division Two.  August 20, 1990.]

MONTY G. ANDERSON, ET AL, *Respondents*, v. RAYMARK
INDUSTRIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 85-2-00438-0, Terence Hanley, J., entered
April 20, 1987. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Alexander, C.J., and Worswick,
J.

[No. 12666-4-II.  Division Two.  August 20, 1990.]

ITT RAYONIER, INC., *Appellant*, v. DAVID LENE,
*Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 87-2-00151-9, David E. Foscue, J.,
entered February 14, 1989. *Affirmed* by unpublished opin-
ion per Alexander, C.J., concurred in by Petrich and Wors-
wick, JJ.

[No. 12264-2-II.  Division Two.  August 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 87-1-01354-7, Donald H. Thompson, J.,
entered August 25, 1988. *Affirmed* by unpublished opinion
per Alexander, C.J., concurred in by Petrich and Worswick,
JJ.